

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

FRANK BROXSON,
Plaintiff,

DEPUTY MATEO (first name unknown), in his individual capacity,

and

SHERIFF OF MANATEE COUNTY, in his official capacity,

Defendants.

# COMPLAINT

(42 U.S.C. § 1983)

## I. JURISDICTION AND VENUE

1. This action arises under 42 U.S.C. § 1983 and the Fourteenth Amendment to the United States Constitution.

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in the Middle District of Florida because the events alleged herein occurred in Manatee County, Florida.

## II. PARTIES

4. Plaintiff Frank Broxson is an adult resident of Sarasota County, Florida.

5. At all times relevant to this Complaint, Plaintiff was a pretrial detainee housed at the Manatee County Jail.

6. Defendant Deputy Mateo (first name presently unknown) was at all relevant times employed as a deputy and acted under color of state law.

7. Defendant Sheriff of Manatee County is sued in his official capacity.

## III. FACTUAL ALLEGATIONS

8. Plaintiff alleges that on October 8, 2025, between approximately 12:00 p.m. and 4:00 p.m., he was housed alone in a locked room after being separated from previous cellmates.

9. Plaintiff alleges that Deputy Mateo entered the room and instructed Plaintiff to stand and place his hands behind his back.

10. Plaintiff complied with those instructions.

11. Plaintiff alleges that Deputy Mateo applied handcuffs to Plaintiff's wrists.

12. Plaintiff alleges that he informed Deputy Mateo that the handcuffs were excessively tight and requested that they be loosened.

13. Plaintiff alleges that Deputy Mateo refused.

14. Plaintiff alleges that Deputy Mateo restrained Plaintiff's ankles with handcuffs.

15. Plaintiff alleges that Deputy Mateo pushed Plaintiff forward, causing Plaintiff to fall toward a concrete bunk.

16. Plaintiff alleges that the left side of his head struck the concrete bunk.

17. Plaintiff alleges that he lost consciousness following the impact.

18. Plaintiff alleges that before losing consciousness, Deputy Mateo forcibly manipulated Plaintiff's restrained arms upward behind his back, causing severe pain.

19. Plaintiff alleges that he yelled for Deputy Mateo to stop.

20. Plaintiff alleges that while restrained and unable to resist, Deputy Mateo sexually assaulted him by applying a foreign substance to his body without his consent.

21. Plaintiff alleges that Deputy Mateo then left him restrained.

22. Plaintiff alleges that he later regained consciousness.

23. Plaintiff alleges that he was not provided medical treatment for his injuries despite the reported loss of consciousness and was told to seek medical treatment if symptoms worsened.

24. Plaintiff alleges that when asked whether he had been injured, he denied injury because he feared retaliation.

25. Plaintiff alleges that he subsequently submitted multiple PREA complaints and grievances concerning the incident.

26. Plaintiff alleges that he received responses through the PREA process and retained copies of grievances and related documentation.

27. Plaintiff alleges that he remained incarcerated until March 28, 2026.

28. Plaintiff alleges continuing injuries including wrist injuries, nerve injury to his right hand, PTSD resulting from the alleged sexual assault, depression, and the need for counseling and mental health treatment.

# COUNT I

## 42 U.S.C. § 1983 – Fourteenth Amendment – Excessive Force

(Against Deputy Mateo)

29. Plaintiff realleges and incorporates the preceding paragraphs.

30. Plaintiff alleges that he was a pretrial detainee entitled to the protections of the Fourteenth Amendment.

31. Plaintiff alleges that Deputy Mateo used objectively unreasonable force while acting under color of state law.

32. Plaintiff alleges that he suffered physical and emotional injuries as a result.

# COUNT II

## 42 U.S.C. § 1983 – Fourteenth Amendment

(Against Deputy Mateo)

33. Plaintiff realleges and incorporates the preceding paragraphs.

34. Plaintiff alleges that Deputy Mateo sexually assaulted Plaintiff while Plaintiff was restrained and unable to resist.

35. Plaintiff alleges that this conduct violated Plaintiff's constitutional rights.

# COUNT III

## Official Capacity Claim

(Against Sheriff of Manatee County)

36. Plaintiff realleges and incorporates the preceding paragraphs.

37. Plaintiff alleges that he submitted multiple PREA complaints and grievances concerning the incident.

38. Plaintiff alleges that despite those reports he remained incarcerated and continued to encounter Deputy Mateo.

39. Plaintiff requests such relief as may be available under applicable law based on the facts established through discovery and further proceedings.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff;

B. Award compensatory damages in an amount determined by the trier of fact;

C. Award punitive damages against Deputy Mateo to the extent permitted by law;

D. Award costs of this action;

E. Grant Plaintiff a trial by jury on all issues so triable; and

F. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Frank Broxson
507 Kumquat Court
Sarasota, FL 34236

Telephone: (941) 720-2636
Email: broxsons@gmail.com

Pro Se Plaintiff

Frank Broxson

Date: June 10, 2026

## Grievance #663247681

| | |
|---|---|
| **Profile Photo:** | **Inmate Info** |
| | Name: FRANK BROXSON (1993-09-26) |
| | Booking #: 2025008525 |
| | Submitted Date: 03/05/26 09:09 |
| | Submitted Room: CJ - T/W/CJ - T/W |
| | Current Room: CJ - I/R/CJ - I/R |
| **Released** | |
| | Facility: Manatee County Jail |
| | MAC ID: B82D28240E8A |
| **Audit Photo:** | |
| | Device ID: B82D28240E8A |
| | |
| | **Form Info** |
| | Category: Investigations Grievance |
| | Form: Investigations Grievance |
| | |
| | **Grievance Info** |
| | Status: CLOSED by Captain Tildsley |
| | Facility Deadline: 03/16/26 23:59 |
| | Grievance Level: 2 |
| | Inmate can reply: No |
| | Disposition @ Level 1: Undecided |

**Summary:**

I was raped/sexually assaulted by Deputy Mateo

**Details:**

**Please type in your Grievance / Por favor escriba su queja:**
Describe your Grievance and please be specific. / Describa su queja y por favor sea específico.
I have put in multiple grievances for this and if there are any allegations of untruthfulness I would like a polygraph test. I have been 100% truthful therefore anyone denying any my accusations through a investigation does not hold the competency to conduct a proper investigation for this incident that occurred in October.

**My submission of this form is my signature / Mi envío de este formulario es mi firma:**
YES / SÍ

**By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.:**
By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/18/26 12:05 | FRANK BROXSON | Viewed Staff Response | |
| 03/18/26 12:02 | FRANK BROXSON | Viewed Staff Response | |
| 03/18/26 09:55 | Captain Tildsley | Changed Disposition | Changed Disposition for level 2 with value '' to 'Rejected' |
| 03/18/26 09:55 | Captain Tildsley | Unknown log | Added Level2 for Previous for Dispositions with value 'Rejected' |
| 03/18/26 09:55 | Captain Tildsley | Unknown log | Added Level2 Name for Previous for Dispositions with value '2' |
| 03/18/26 09:55 | Captain Tildsley | Changed Status | From 'Open' to 'Closed' |
| 03/18/26 09:55 | Captain Tildsley | Staff Response | LT. LAUGHLIN AND LT. AMBRUS investigated this accusation. If you are still concerned write to LT. Laughlin via the PREA grievance tracker. |
| 03/17/26 13:09 | FRANK BROXSON | Viewed Staff Response | |
| 03/15/26 13:05 | FRANK BROXSON | Viewed Staff Response | |
| 03/15/26 00:00 | | Changed Level | From 1 to 2 due to automatic escalation |
| 03/06/26 21:36 | FRANK BROXSON | Viewed Staff Response | |
| 03/06/26 21:36 | FRANK BROXSON | Viewed Staff Response | |
| 03/06/26 21:36 | FRANK BROXSON | Viewed Staff Response | |
| 03/06/26 10:33 | FRANK BROXSON | Viewed Staff Response | |
| 03/05/26 09:09 | FRANK BROXSON | Submitted New | I was raped/sexually assaulted by Deputy Mateo |

## Grievance #657375831

| Profile Photo: | | |
|---|---|---|
| | **Inmate Info** | |
| | Name: FRANK BROXSON (1993-09-26) | |
| | Booking #: 2025008525 | |
| | Submitted Date: 02/17/26 09:51 | |
| | Submitted Room: CJ - T/W/CJ - T/W | |
| | Current Room: CJ - I/R/CJ - I/R | |
| **Released** | | |
| | Facility: Manatee County Jail | |
| | MAC ID: B82D28240E8A | |
| **Audit Photo:** | | |
| | Device ID: B82D28240E8A | |

**Form Info**

Category: Investigations Grievance
Form: Investigations Grievance

**Grievance Info**

Status: CLOSED by Matthew Gardieff
Facility Deadline: 02/28/26 23:59
Grievance Level: 2
Inmate can reply: No
Disposition @ Level 1: Undecided

**Summary:**

Ibraham instead of Ireland. (Also sent to PREA grievance)

**Details:**

Please type in your Grievance / Por favor escriba su queja:
Describe your Grievance and please be specific. / Describa su queja y por favor sea especifico.
Yesterday I seen Deputy Ibraham and realized it was her who Mateo told "he has mustard in his ass" to which she asked Mateo, my attacker; "how do you know its mustard?" Referring to the mustard that Mateo put in my butt. It was also Deputy Ibraham with the assistance of Rosier who helped uncuff the handcuffs that scared and damaged my right hand. During the attack when Mateo pushed me to the ground while I was cuffed, I hit my head and this caused much confusion; I was mistaking Deputy Ibraham for Deputy Ireland when the incident occurred.

My submission of this form is my signature / Mi envio de este formulario es mi firma:
YES / SÍ

By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.:
By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/18/26 12:09 | FRANK BROXSON | Viewed Staff Response | |
| 03/18/26 12:08 | FRANK BROXSON | Viewed Staff Response | |
| 03/18/26 12:08 | FRANK BROXSON | Viewed Staff Response | |
| 03/05/26 12:16 | FRANK BROXSON | Viewed Staff Response | |
| 03/03/26 14:29 | FRANK BROXSON | Viewed Staff Response | |
| 03/02/26 14:55 | FRANK BROXSON | Viewed Staff Response | |
| 03/02/26 14:52 | FRANK BROXSON | Viewed Staff Response | |
| 03/02/26 14:50 | FRANK BROXSON | Viewed Staff Response | |
| 03/02/26 14:32 | Matthew Gardieff | Changed Disposition | Changed Disposition for level 2 with value " to 'Unfounded' |
| 03/02/26 14:32 | Matthew Gardieff | Unknown log | Added Level2 for Previous for Dispositions with value 'Unfounded' |
| 03/02/26 14:32 | Matthew Gardieff | Unknown log | Added Level2 Name for Previous for Dispositions with value '2' |
| 03/02/26 14:32 | Matthew Gardieff | Changed Status | From 'Open' to 'Closed' |
| 03/02/26 14:32 | Matthew Gardieff | Staff Response | Already answered. I do not need addition information as this was already reviewed and determined not to be truthful. |
| 02/27/26 00:00 | | Changed Level | From 1 to 2 due to automatic escalation |
| 02/26/26 12:25 | FRANK BROXSON | Viewed Staff Response | |

| 02/17/26 09:51 | FRANK BROXSON | Submitted New | Ibraham instead of Ireland. (Also sent to PREA grievance) |

## Grievance #660995301

| Profile Photo: | | |
| --- | --- | --- |
| | **Inmate Info** | |
| | Name: FRANK BROXSON (1993-09-26) | |
| | Booking #: 2025008525 | |
| | Submitted Date: 02/26/26 19:03 | |
| | Submitted Room: CJ - T/W/CJ - T/W | |
| | Current Room: CJ - I/R/CJ - I/R | |
| **Released** | | |
| | Facility: Manatee County Jail | |
| | MAC ID: B82D28240E8A | |
| **Audit Photo:** | | |
| | Device ID: B82D28240E8A | |

**Form Info**

Category: PREA (Grievance)
Form: PREA (Grievance)

**Grievance Info**

Status: CLOSED by Matthew Gardieff
Facility Deadline: 02/28/26 23:59
Grievance Level: 2
Inmate can reply: No
Disposition @ 1: Unfounded

**Summary:**

"Why are your buttcheeks so tight?" Deputy Simplice

**Details:**

Please type in your Grievance / Por favor escriba su queja:
Describe your Grievance and please be specific. / Describa su queja y por favor sea específico.
Yesterday as Cart pushers were being let into the dorm Deputy Simplice gave us a search and pat down. He asked me to spread my legs then asked me "why are your butt cheeks so tight?" as he patted me down. All of the other cart pushers heard him say this. Although my previous sexual assault incident with Deputy Mateo is infinitely worse I would like this to be noted as it made everyone feel uncomfortable and everyone who was a witness from that day has asked me to file a grievance.

My submission of this form is my signature / Mi envío de este formulario es mi firma:
YES / SÍ

By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.:
By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.

| DATE/TIME | USER | ACTION | DETAILS |
| --- | --- | --- | --- |
| 03/23/26 08:07 | FRANK BROXSON | Viewed Staff Response | |
| 03/09/26 20:49 | FRANK BROXSON | Viewed Staff Response | |
| 03/06/26 21:36 | FRANK BROXSON | Viewed Staff Response | |
| 03/06/26 11:27 | FRANK BROXSON | Viewed Staff Response | |
| 03/06/26 10:13 | FRANK BROXSON | Viewed Staff Response | |
| 03/03/26 14:29 | FRANK BROXSON | Viewed Staff Response | |
| 03/02/26 14:49 | FRANK BROXSON | Viewed Staff Response | |
| 03/02/26 14:17 | Matthew Gardieff | Changed Disposition | Changed Disposition for level 2 with value '' to 'Unfounded' |
| 03/02/26 14:17 | Matthew Gardieff | Unknown log | Added Level2 for Previous for Dispositions with value 'Unfounded' |
| 03/02/26 14:17 | Matthew Gardieff | Unknown log | Added Level2 Name for Previous for Dispositions with value '2' |
| 03/02/26 14:17 | Matthew Gardieff | Changed Status | From 'Open' to 'Closed' |
| 03/02/26 14:17 | Matthew Gardieff | Staff Response | Yes you reported it and the PREA LT said it does not fall under PREA based on your allegation. |
| 03/01/26 12:09 | FRANK BROXSON | Viewed Staff Response | |
| 02/28/26 16:27 | FRANK BROXSON | Viewed Staff Response | |

| | | | |
|---|---|---|---|
| 02/27/26 19:10 | FRANK BROXSON | Viewed Staff Response | |
| 02/27/26 19:04 | FRANK BROXSON | Viewed Staff Response | |
| 02/27/26 18:55 | FRANK BROXSON | Escalated | **BROXSON, FRANK has escalated the grievance on 02/27/2026 18:55** -05:00<br>**Response: I believe this qualifies as sexual harassment and after checking with the PREA hotline they also advised me to report this.** |
| 02/27/26 18:55 | | Changed Status | From Closed to Open due to Appeal |
| 02/27/26 18:55 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 02/27/26 18:53 | FRANK BROXSON | Viewed Staff Response | |
| 02/27/26 15:11 | Ronald Laughlin | Changed Disposition | Changed Disposition for level 1 with value " to 'Unfounded' |
| 02/27/26 15:11 | Ronald Laughlin | Unknown log | Added Level1 for Previous for Dispositions with value 'Unfounded' |
| 02/27/26 15:11 | Ronald Laughlin | Unknown log | Added Level1 Name for Previous for Dispositions with value '1' |

| | | | |
|---|---|---|---|
| 02/27/26 15:11 | Ronald Laughlin | Changed Status | From 'Open' to 'Closed' |
| 02/27/26 15:11 | Ronald Laughlin | Staff Response | **This does not qualify as a PREA grievance.** |
| 02/27/26 09:01 | FRANK BROXSON | Viewed Staff Response | |
| 02/26/26 19:03 | FRANK BROXSON | Submitted New | **"Why are your buttcheeks so tight?" Deputy Simplice** |

## Grievance #657360091

| | | |
|---|---|---|
| **Profile Photo:** | | **Inmate Info** |
| | | Name: FRANK BROXSON (1993-09-26)<br>Booking #: 2025008525<br>Submitted Date: 02/17/26 09:10<br>Submitted Room: CJ - T/W/CJ - T/W<br>Current Room: CJ - I/R/CJ - I/R |
| **Released** | | Facility: Manatee County Jail<br>MAC ID: B82D28247D8A |
| **Audit Photo:** | | Device ID: B82D28247D8A |
| | | **Form Info**<br>Category: PREA (Grievance)<br>Form: PREA (Grievance) |
| | | **Grievance Info**<br>Status: CLOSED by Matthew Gardieff<br>Facility Deadline: 02/21/26 23:59<br>Grievance Level: 2<br>Inmate can reply: No<br>Disposition @ 1: Unfounded |

**Summary:**

Ibraham instead of Ireland

**Details:**

**Please type in your Grievance / Por favor escriba su queja:**
Describe your Grievance and please be specific. / Describa su queja y por favor sea específico.
Yesterday I seen Deputy Ibraham and realized it was her who Mateo told "he has mustard in his ass" to which she asked Mateo, my attacker; "how do you know its mustard?" Referring to the mustard that Mateo put in my butt. It was also Deputy Ibraham with the assistance of Rosier who helped uncuff the handcuffs that scared and damaged my right hand. During the attack when Mateo pushed me to the ground while I was cuffed, I hit my head and this caused much confusion; I was mistaking Deputy Ibraham for Deputy Ireland when the incident occurred.

**My submission of this form is my signature / Mi envío de este formulario es mi firma:**
YES / SÍ

**By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.:**
By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 03/18/26 12:09 | FRANK BROXSON | Viewed Staff Response | |
| 02/28/26 19:16 | FRANK BROXSON | Viewed Staff Response | |
| 02/28/26 12:04 | FRANK BROXSON | Viewed Staff Response | |
| 02/26/26 12:25 | FRANK BROXSON | Viewed Staff Response | |
| 02/24/26 21:30 | FRANK BROXSON | Viewed Staff Response | |
| 02/24/26 20:49 | FRANK BROXSON | Viewed Staff Response | |
| 02/24/26 19:58 | FRANK BROXSON | Viewed Staff Response | |
| 02/24/26 19:57 | FRANK BROXSON | Viewed Staff Response | |
| 02/24/26 19:57 | FRANK BROXSON | Viewed Staff Response | |
| 02/24/26 19:56 | FRANK BROXSON | Viewed Staff Response | |
| 02/24/26 14:46 | Matthew Gardieff | Changed Disposition | Changed Disposition for level 2 with value '' to 'Unfounded' |
| 02/24/26 14:46 | Matthew Gardieff | Unknown log | Added Level2 for Previous for Dispositions with value 'Unfounded' |
| 02/24/26 14:46 | Matthew Gardieff | Unknown log | Added Level2 Name for Previous for Dispositions with value '2' |
| 02/24/26 14:46 | Matthew Gardieff | Changed Status | From 'Open' to 'Closed' |
| 02/24/26 14:46 | Matthew Gardieff | Staff Response | Deputy Mateo was not removed from Trusty because of wrongdoing. Your statements were investigated and did not occur. |
| 02/22/26 10:00 | FRANK BROXSON | Viewed Staff Response | |
| 02/21/26 14:53 | FRANK BROXSON | Viewed Staff Response | |
| 02/21/26 14:52 | FRANK BROXSON | Viewed Staff Response | |
| 02/21/26 11:52 | FRANK BROXSON | Viewed Staff Response | |
| 02/21/26 09:03 | FRANK BROXSON | Viewed Staff Response | |
| 02/20/26 20:01 | FRANK BROXSON | Viewed Staff Response | |

02/20/26 20:01 FRANK BROXSON Escalated BROXSON, FRANK has escalated the grievance on 02/20/2026 20:01 -05:00 Response: Yes, thank you Mateo has been removed from my current housing in T- West. I was bringing to your attention more accurate details after recognizing Deputy Ibraham; she was working that night as a witness. There should also be video of him that night going back and forth from my cell multiple times that night clearly without a doubt harassing me. If your investigations do not confirm this I would like a 3rd party and outside sources to investigate. I would also like to request polygraph tests.

| | | | |
|---|---|---|---|
| 02/20/26 20:01 | | Changed Status | From Closed to Open due to Appeal |
| 02/20/26 20:01 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 02/20/26 19:50 | FRANK BROXSON | Viewed Staff Response | |
| 02/20/26 19:45 | FRANK BROXSON | Viewed Staff Response | |
| 02/20/26 14:37 | Ronald Laughlin | Changed Disposition | Changed Disposition for level 1 with value '' to 'Unfounded' |
| 02/20/26 14:37 | Ronald Laughlin | Unknown log | Added Level1 for Previous for Dispositions with value 'Unfounded' |
| 02/20/26 14:37 | Ronald Laughlin | Unknown log | Added Level1 Name for Previous for Dispositions with value '1' |
| 02/20/26 14:37 | Ronald Laughlin | Changed Status | From 'Open' to 'Closed' |
| 02/20/26 14:37 | Ronald Laughlin | Staff Response | This Grievance has already been answered. |
| 02/18/26 11:23 | FRANK BROXSON | Viewed Staff Response | |
| 02/17/26 09:49 | FRANK BROXSON | Viewed Staff Response | |
| 02/17/26 09:10 | FRANK BROXSON | Submitted New | Ibraham instead of Ireland |

Grievance #656748781

**Profile Photo:**

**Released**

**Audit Photo:**

**Inmate Info**

Name: FRANK BROXSON (1993-09-26)
Booking #: 2025008525
Submitted Date: 02/15/26 12:13
Submitted Room: CJ - T/W/CJ - T/W
Current Room: CJ - I/R/CJ - I/R

Facility: Manatee County Jail
MAC ID: B82D2823F2F0

Device ID: B82D2823F2F0

**Form Info**

Category: Food Services Grievance
Form: Food Services Grievance

**Grievance Info**

Status: CLOSED by Matoaya Benshoff
Facility Deadline: 02/24/26 23:59
Grievance Level: 1
Inmate can reply: No
Disposition @ Level 1: Unfounded

**Summary:**

Lunch 2-15-26

**Details:**

Please type in your Grievance / Por favor escriba su queja:
Describe your Grievance and please be specific. / Describa su queja y por favor sea específico.
There were many problems at lunch today. Nothing was announced; I did not even get to eat. Other inmates did not receive their proper diet trays. Deputy Mateo has been giving Pod stewart Michael Sole , Room 13 T-West extra food and deserts regularly which Michael then uses to trade for commesary. I believe the diet trays today were stolen by Mateo and Michael. There was no fruit on the trays. One Smucker's PBJ and 4-6 chocolate chip cookies was all that consisted of the lunch tray fior those who happened to get lunch. This is not a balanced diet, especially for a diabetic.

My submission of this form is my signature / Mi envío de este formulario es mi firma:
YES / SÍ

By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.:
By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/19/26 15:50 | FRANK BROXSON | Viewed Staff Response | |
| 02/19/26 13:12 | FRANK BROXSON | Viewed Staff Response | |
| 02/19/26 11:32 | Matoaya Benshoff | Staff Response | I will look into it. |
| 02/19/26 11:32 | Matoaya Benshoff | Changed Status | From 'Open' to 'Closed' |
| 02/19/26 11:32 | Matoaya Benshoff | Changed Disposition | Changed the disposition value for level 1 from to Unfounded |
| 02/15/26 12:13 | FRANK BROXSON | Submitted New | Lunch 2-15-26 |

# Grievance #656142101

**Profile Photo:**

**Released**

**Audit Photo:**

**Inmate Info**

**Name:** FRANK BROXSON (1993-09-26)
**Booking #:** 2025008525
**Submitted Date:** 02/13/26 10:07
**Submitted Room:** CJ - T/W/CJ - T/W
**Current Room:** CJ - I/R/CJ - I/R

**Facility:** Manatee County Jail
**MAC ID:** B82D28240E8A

**Device ID:** B82D28240E8A

**Form Info**

**Category:** Housing & Security Grievance All...
**Form:** Housing & Security Grievance All Units

**Grievance Info**

**Status:** CLOSED by Matthew Gardieff
**Facility Deadline:** 02/15/26 23:59
**Grievance Level:** 2
**Inmate can reply:** No
**Disposition @ 1:** Unfounded

**Summary:**

Captain Tensley

**Details:**

**Please type in your Grievance / Por favor escriba su queja:**
Describe your Grievance and please be specific. / Describa su queja y por favor sea especifico.
The incident between Deputy Mateo and I needs to be reinvestigated if there is any discretion to what happened. I have told no lies; mustard was squirted into my ass which is either sexual assault or rape; a criminal act and an act of wrong doing. After this incident occured Mateo stated to a female Deputy; I believe Deputy Ireland, "He has Mustard in his ass" Deputy Ireland then asked him how do you know its Mustard? Which I did not hear his response. Mateo also asked me at the front medical desk did he hurt me; which is violation of my 8th ammendment, physical harm the risk of
it. I am not a Dr or qualified to say if he hurt me or not, I believe he is the cause of my recent depression and severe PTSD.

**My submission of this form is my signature / Mi envio de este formulario es mi firma:**
YES / SÍ

**By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.:**
By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/18/26 12:07 | FRANK BROXSON | Viewed Staff Response | |
| 02/25/26 10:29 | FRANK BROXSON | Viewed Staff Response | |
| 02/17/26 17:04 | FRANK BROXSON | Viewed Staff Response | |
| 02/17/26 15:52 | Matthew Gardieff | Changed Disposition | Changed Disposition for level 2 with value '' to 'Unfounded' |
| 02/17/26 15:52 | Matthew Gardieff | Unknown log | Added Level2 for Previous for Dispositions with value 'Unfounded' |
| 02/17/26 15:52 | Matthew Gardieff | Unknown log | Added Level2 Name for Previous for Dispositions with value '2' |
| 02/17/26 15:52 | Matthew Gardieff | Changed Status | From 'Open' to 'Closed' |
| 02/17/26 15:18 | FRANK BROXSON | Viewed Staff Response | |
| 02/16/26 08:40 | FRANK BROXSON | Viewed Staff Response | |
| 02/14/26 09:15 | FRANK BROXSON | Viewed Staff Response | |
| 02/14/26 09:13 | FRANK BROXSON | Viewed Staff Response | |
| 02/14/26 09:09 | Randy Bianchi | Staff Response | There are no facts or evidence supporting these allegations. It has been investigated and will remain unfounded. |
| 02/14/26 08:30 | FRANK BROXSON | Escalated | BROXSON, FRANK has escalated the grievance on 02/14/2026 08:30-05:00 Response: If unfounded, this incident should be re investigated; there are facts and proof behind my accusations. |
| 02/14/26 08:30 | | Changed Status | From Closed to Open due to Appeal |
| 02/14/26 08:30 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 02/14/26 08:28 | FRANK BROXSON | Viewed Staff Response | |

| 02/14/26 08:25 | FRANK BROXSON | Viewed Staff Response | |
| 02/13/26 14:22 | FRANK BROXSON | Viewed Staff Response | |
| 02/13/26 10:37 | Randy Bianchi | Changed Disposition | Changed Disposition for level 1 with value '' to 'Unfounded' |
| 02/13/26 10:37 | Randy Bianchi | Unknown log | Added Level1 for Previous for Dispositions with value 'Unfounded' |
| 02/13/26 10:37 | Randy Bianchi | Unknown log | Added Level1 Name for Previous for Dispositions with value '1' |
| 02/13/26 10:37 | Randy Bianchi | Changed Status | From 'Open' to 'Closed' |
| 02/13/26 10:37 | Randy Bianchi | Staff Response | This has already been investigated and will remain unfounded. |

| 02/13/26 10:07 | FRANK BROXSON | Submitted New | Captain Tensley |

## Grievance #655322341

**Profile Photo:**

**Released**

**Audit Photo:**

**Inmate Info**

Name: FRANK BROXSON (1993-09-26)
Booking #: 2025008525
Submitted Date: 02/11/26 08:22
Submitted Room: CJ - T/W/CJ - T/W
Current Room: CJ - I/R/CJ - I/R

Facility: Manatee County Jail
MAC ID: B82D28247D8A

Device ID: B82D28247D8A

**Form Info**

Category: PREA (Grievance)
Form: PREA (Grievance)

**Grievance Info**

Status: CLOSED by Matthew Gardieff
Facility Deadline: 02/13/26 23:59
Grievance Level: 2
Inmate can reply: No
Disposition @ 1: Unfounded

**Summary:**

Severe depression.

**Details:**

Please type in your Grievance / Por favor escriba su queja:
Describe your Grievance and please be specific. / Describa su queja y por favor sea especifico.
I am having severe depression from Mateo raping me / putting mustard in my butt.

My submission of this form is my signature / Mi envío de este formulario es mi firma:
YES / SÍ

By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.:
By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/18/26 12:07 | FRANK BROXSON | Viewed Staff Response | |
| 03/18/26 12:07 | FRANK BROXSON | Viewed Staff Response | |
| 03/14/26 11:05 | FRANK BROXSON | Viewed Staff Response | |
| 02/14/26 09:11 | FRANK BROXSON | Viewed Staff Response | |
| 02/14/26 08:21 | FRANK BROXSON | Viewed Staff Response | |
| 02/13/26 14:21 | FRANK BROXSON | Viewed Staff Response | |
| 02/13/26 13:54 | Matthew Gardieff | Changed Disposition | Changed Disposition for level 2 with value '' to 'Unfounded' |

| 02/13/26 13:54 | Matthew Gardieff | Unknown log | Added Level2 for Previous for Dispositions with value 'Unfounded' |
|---|---|---|---|
| 02/13/26 13:54 | Matthew Gardieff | Unknown log | Added Level2 Name for Previous for Dispositions with value '2' |
| 02/13/26 13:54 | Matthew Gardieff | Changed Status | From 'Open' to 'Closed' |
| 02/13/26 13:54 | Matthew Gardieff | Staff Response | No it says this was investigated when you first brought it to our attention. The result of the investigation was this did not occur. |
| 02/13/26 09:53 | FRANK BROXSON | Viewed Staff Response | |
| 02/12/26 15:42 | FRANK BROXSON | Escalated | BROXSON, FRANK has escalated the grievance on 02/12/2026 15:42 -05:00<br><br>Response: Mustard was in fact squirted into my butt by Deputy C. Mateo after pushing me to the ground. I believe I am experiencing severe depression and PTSD from this attack. According to staff response of grievance # 642030601 , this incident did occur. To quote the staff response of grievance # 642030601 "This incident was investigated back in October when it first occurred." |
| 02/12/26 15:42 | | Changed Status | From Closed to Open due to Appeal |
| 02/12/26 15:42 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 02/12/26 15:33 | FRANK BROXSON | Viewed Staff Response | |
| 02/12/26 15:31 | FRANK BROXSON | Viewed Staff Response | |
| 02/12/26 15:29 | FRANK BROXSON | Viewed Staff Response | |
| 02/11/26 14:20 | Ronald Laughlin | Changed Disposition | Changed Disposition for level 1 with value '' to 'Unfounded' |
| 02/11/26 14:20 | Ronald Laughlin | Unknown log | Added Level1 for Previous for Dispositions with value 'Unfounded' |
| 02/11/26 14:20 | Ronald Laughlin | Unknown log | Added Level1 Name for Previous for Dispositions with value '1' |
| 02/11/26 14:20 | Ronald Laughlin | Changed Status | From 'Open' to 'Closed' |

| 02/11/26 14:20 | Ronald Laughlin | Staff Response | You alleged that mustard was put in your butt. This was proven untrue based on the staff assigned to the area you were housed in at the time of your allegation. |
|---|---|---|---|
| 02/11/26 11:31 | Tiffany Sapp | Recategorization | Changed Category and Form from 'Medical Grievance/Medical Grievance' to 'PREA (Grievance)/PREA (Grievance)' |
| 02/11/26 08:22 | FRANK BROXSON | Submitted New | Severe depression. |

## Grievance #645235331

**Profile Photo:**

Released

**Audit Photo:**

**Inmate Info**

Name: FRANK BROXSON (1993-09-26)
Booking #: 2025008525
Submitted Date: 01/13/26 20:04
Submitted Room: CJ - G1/E/CJ - G1/E
Current Room: CJ - I/R/CJ - I/R

Facility: Manatee County Jail
MAC ID: B82D2823E9CA

Device ID: B82D2823E9CA

**Form Info**

Category: Medical Grievance
Form: Medical Grievance

**Grievance Info**

Status: CLOSED by Tiffany Sapp
Facility Deadline: 01/22/26 23:59
Grievance Level: 1
Inmate can reply: No
Disposition @ Level 1: Unfounded

**Summary:**

Unable to work.

**Details:**

Please type in your Grievance / Por favor escriba su queja:
Describe your Grievance and please be specific. / Describa su queja y por favor sea específico.
It needs to be noted per medical I am unable to work! I have 2 slipped discs in my lower back which damaged a nerve. I cannot stand for more the 20 minutes at a time.

I was sentenced today for 80 more days. Please see to this request as very important for I am unable to work and am not trying to be moved around the jail only to later find out my medical situation! I wrote a sick call tonight 1/13/26 notifying medical to please contact classification in regards to my condition. Standing causes me pain, discomfort and trouble walking.

My submission of this form is my signature / Mi envio de este formulario es mi firma:
YES / SÍ

By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.:
By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/13/26 09:51 | FRANK BROXSON | Viewed Staff Response | |
| 02/12/26 15:42 | FRANK BROXSON | Viewed Staff Response | |
| 02/09/26 20:49 | FRANK BROXSON | Viewed Staff Response | |
| 02/02/26 12:50 | FRANK BROXSON | Viewed Staff Response | |
| 02/01/26 10:56 | FRANK BROXSON | Viewed Staff Response | |
| 01/16/26 12:01 | Tiffany Sapp | Changed Disposition | Changed Disposition for level 1 with value '' to 'Unfounded' |
| 01/16/26 12:01 | Tiffany Sapp | Unknown log | Added Level1 for Previous for Dispositions with value 'Unfounded' |
| 01/16/26 12:01 | Tiffany Sapp | Unknown log | Added Level1 Name for Previous for Dispositions with value '1' |
| 01/16/26 12:01 | Tiffany Sapp | Changed Status | From 'Open' to 'Closed' |
| 01/16/26 12:01 | Tiffany Sapp | Staff Response | Please complete a Release of Information form during med line and provide your provider's details so we can obtain your medical records to confirm your back and nerve damage |
| 01/14/26 10:01 | FRANK BROXSON | Viewed Staff Response | |
| 01/13/26 20:04 | FRANK BROXSON | Submitted New | Unable to work. |

# Grievance #642030601

**Profile Photo:**

**Inmate Info**

Name: FRANK BROXSON (1993-09-26)
Booking #: 2025008525
Submitted Date: 01/05/26 12:33
Submitted Room: CJ - G1/E/CJ - G1/E
Current Room: CJ - I/R/CJ - I/R

**Released**

Facility: Manatee County Jail
MAC ID: B82D28247742

**Audit Photo:**

Device ID: B82D28247742

**Form Info**

Category: Housing & Security Grievance All...
Form: Housing & Security Grievance All Units

**Grievance Info**

Status: CLOSED by Robert Miller
Facility Deadline: 01/14/26 23:59
Grievance Level: 1
Inmate can reply: No
Disposition @ Level 1: Unfounded

**Summary:**

What additional information do you need?

**Details:**

Please type in your Grievance / Por favor escriba su queja:
Describe your Grievance and please be specific. / Describa su queja y por favor sea específico.
In response to Grievance # 638961911 Yes I want this investigated; what additional information do you need? I have put in multiple grievances and been interviewed multiple times. I am also still waiting to speak with a PREA Lieutenan. This happened between Oct 8th -12th after I was moved from acomer medical room to a room where I was alone and to my knowledge off camera. I believe Dep Rosier with the assistance of another female deputy helped uncuff me after the attack. Many witnesses should have heard me yelling stop and requesting to file a police report. I still have scarring and numbness on my right hand. Deputy Mateo slammed me to the ground, tortured me and squirted mustard into my butt all while my feet and hands were in cuffs.

My submission of this form is my signature / Mi envío de este formulario es mi firma:
YES / SÍ

By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.:
By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/18/26 12:12 | FRANK BROXSON | Viewed Staff Response | |
| 03/14/26 11:04 | FRANK BROXSON | Viewed Staff Response | |
| 02/15/26 09:03 | FRANK BROXSON | Viewed Staff Response | |
| 02/13/26 09:52 | FRANK BROXSON | Viewed Staff Response | |
| 02/13/26 09:51 | FRANK BROXSON | Viewed Staff Response | |
| 02/12/26 15:32 | FRANK BROXSON | Viewed Staff Response | |
| 02/12/26 15:31 | FRANK BROXSON | Viewed Staff Response | |
| 02/11/26 08:31 | FRANK BROXSON | Viewed Staff Response | |
| 02/11/26 08:30 | FRANK BROXSON | Viewed Staff Response | |
| 02/11/26 08:25 | FRANK BROXSON | Viewed Staff Response | |
| 02/09/26 20:50 | FRANK BROXSON | Viewed Staff Response | |
| 02/09/26 20:12 | FRANK BROXSON | Viewed Staff Response | |
| 02/06/26 13:50 | FRANK BROXSON | Viewed Staff Response | |
| 02/06/26 13:22 | FRANK BROXSON | Viewed Staff Response | |
| 02/06/26 13:16 | FRANK BROXSON | Viewed Staff Response | |
| 02/06/26 13:15 | FRANK BROXSON | Viewed Staff Response | |

| 02/02/26 12:51 | FRANK BROXSON | Viewed Staff Response | |
| 01/14/26 14:31 | FRANK BROXSON | Viewed Staff Response | |
| 01/14/26 14:26 | Robert Miller | Staff Response | This incident was investigated back in October when it first occurred. There was no wrong doing discovered. |
| 01/14/26 14:26 | Robert Miller | Changed Status | From 'Open' to 'Closed' |
| 01/14/26 14:25 | Robert Miller | Changed Disposition | Changed the disposition value for level 1 from to Unfounded |
| 01/11/26 12:26 | FRANK BROXSON | Viewed Staff Response | |
| 01/05/26 20:12 | FRANK BROXSON | Viewed Staff Response | |

| 01/05/26 14:24 | FRANK BROXSON | Viewed Staff Response | |
| 01/05/26 12:33 | FRANK BROXSON | Submitted New | What additional information do you need? |

## Grievance #638961911

**Profile Photo:**

**Inmate Info**

Name: FRANK BROXSON (1993-09-26)
Booking #: 2025008525
Submitted Date: 12/26/25 13:43
Submitted Room: CJ - G1/E/CJ - G1/E
Current Room: CJ - I/R/CJ - I/R

**Released**

Facility: Manatee County Jail
MAC ID: B82D28240EFE

**Audit Photo:**

Device ID: B82D28240EFE

**Form Info**

Category: Housing & Security Grievance All...
Form: Housing & Security Grievance All Units

**Grievance Info**

Status: CLOSED by Matthew Gardieff
Facility Deadline: 12/28/25 23:59
Grievance Level: 2
Inmate can reply: No
Disposition @ 1: Unfounded

**Summary:**

8th Amendment

**Details:**

Please type in your Grievance / Por favor escriba su queja:
Describe your Grievance and please be specific. / Describa su queja y por favor sea específico.
My 8th amendment right has been violated.

My submission of this form is my signature / Mi envío de este formulario es mi firma:
YES / SÍ

By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.:
By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/18/26 12:10 | FRANK BROXSON | Viewed Staff Response | |
| 02/15/26 09:04 | FRANK BROXSON | Viewed Staff Response | |
| 02/13/26 09:52 | FRANK BROXSON | Viewed Staff Response | |
| 01/05/26 12:16 | FRANK BROXSON | Viewed Staff Response | |
| 01/04/26 13:52 | FRANK BROXSON | Viewed Staff Response | |
| 01/01/26 09:28 | FRANK BROXSON | Viewed Staff Response | |

| 12/30/25 21:03 | FRANK BROXSON | Viewed Staff Response | |
| 12/30/25 20:54 | FRANK BROXSON | Viewed Staff Response | |
| 12/30/25 12:37 | Matthew Gardieff | Changed Disposition | Changed Disposition for level 2 with value '' to 'Unfounded' |
| 12/30/25 12:37 | Matthew Gardieff | Unknown log | Added Level2 for Previous for Dispositions with value 'Unfounded' |
| 12/30/25 12:37 | Matthew Gardieff | Unknown log | Added Level2 Name for Previous for Dispositions with value '2' |
| 12/30/25 12:37 | Matthew Gardieff | Changed Status | From 'Open' to 'Closed' |
| 12/30/25 12:37 | Matthew Gardieff | Staff Response | Need additional information if you want us to investigate. |
| 12/27/25 18:21 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 11:50 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 11:07 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 11:06 | FRANK BROXSON | Escalated | BROXSON, FRANK has escalated the grievance on 12/27/2025 11:06 -05:00 Response: Physical harm or the risk of it. |
| 12/27/25 11:06 | | Changed Status | From Closed to Open due to Appeal |
| 12/27/25 11:06 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 12/27/25 11:05 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 11:01 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 01:51 | Robert McBride | Staff Response | You have sent multiple Grievances with wild accusations that were unfounded. What specific violation of the 8th amendment are you referring to this time? |
| 12/27/25 01:51 | Robert McBride | Changed Status | From 'Open' to 'Closed' |
| 12/27/25 01:50 | Robert McBride | Changed Disposition | Changed the disposition value for level 1 from to Unfounded |
| 12/26/25 19:25 | FRANK BROXSON | Viewed Staff Response | |

| 12/26/25 19:25 | FRANK BROXSON | Viewed Staff Response | |
| 12/26/25 13:44 | FRANK BROXSON | Submitted New | 8th Amendment |

## Grievance #638602651

**Profile Photo:**

**Inmate Info**

**Name:** FRANK BROXSON (1993-09-26)
**Booking #:** 2025008525
**Submitted Date:** 12/24/25 21:48
**Submitted Room:** CJ - G1/E/CJ - G1/E
**Current Room:** CJ - I/R/CJ - I/R

**Released**

**Facility:** Manatee County Jail
**MAC ID:** B82D2823E9CA

**Audit Photo:**

**Device ID:** B82D2823E9CA

**Form Info**

**Category:** Housing & Security Grievance All...
**Form:** Housing & Security Grievance All Units

**Grievance Info**

**Status:** CLOSED by Matthew Gardieff
**Facility Deadline:** 12/28/25 23:59
**Grievance Level:** 2
**Inmate can reply:** No
**Disposition @ 1:** Unfounded

**Summary:**

Grievance.

**Details:**

**Please type in your Grievance / Por favor escriba su queja:**
Describe your Grievance and please be specific. / Describa su queja y por favor sea específico.
Officer Julius Mateo raped me in the ass. This happened somtime during the first week I arrived; approximately Oct 8-12th while I had handcuffs on both my wrists and feet. He also pushed me down while I was handcuffed, causing brain damage, nerve damage and damage to my wrists from the handcuffs being too tight.

**My submission of this form is my signature / Mi envio de este formulario es mi firma:**
YES / SÍ

**By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.:**
By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/15/26 09:03 | FRANK BROXSON | Viewed Staff Response | |
| 02/15/26 09:00 | FRANK BROXSON | Viewed Staff Response | |
| 02/15/26 08:55 | FRANK BROXSON | Viewed Staff Response | |
| 02/06/26 13:17 | FRANK BROXSON | Viewed Staff Response | |
| 12/31/25 10:27 | FRANK BROXSON | Viewed Staff Response | |
| 12/30/25 21:10 | FRANK BROXSON | Viewed Staff Response | |
| 12/30/25 21:06 | FRANK BROXSON | Viewed Staff Response | |
| 12/30/25 20:55 | FRANK BROXSON | Viewed Staff Response | |
| 12/30/25 20:51 | FRANK BROXSON | Viewed Staff Response | |
| 12/30/25 12:31 | Matthew Gardieff | Changed Disposition | Changed Disposition for level 2 with value '' to 'Unfounded' |
| 12/30/25 12:31 | Matthew Gardieff | Unknown log | Added Level2 for Previous for Dispositions with value 'Unfounded' |
| 12/30/25 12:31 | Matthew Gardieff | Unknown log | Added Level2 Name for Previous for Dispositions with value '2' |
| 12/30/25 12:31 | Matthew Gardieff | Changed Status | From 'Open' to 'Closed' |
| 12/30/25 12:31 | Matthew Gardieff | Staff Response | This was investigated and was shown not to occurred. |
| 12/29/25 16:55 | FRANK BROXSON | Viewed Staff Response | |
| 12/28/25 18:51 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 21:18 | FRANK BROXSON | Viewed Staff Response | |

| 12/27/25 21:18 | FRANK BROXSON | Escalated | BROXSON, FRANK has escalated the grievance on 12/27/2025 21:18 -05:00<br><br>Response: You are incorrect. I was informed they can find nothing to confirm my accusations; also they indeed did take place. This actually happened. |
|---|---|---|---|
| 12/27/25 21:18 | | Changed Status | From Closed to Open due to Appeal |
| 12/27/25 21:18 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 12/27/25 21:15 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 21:14 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 21:12 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 21:10 | FRANK BROXSON | Viewed Staff Response | |

| 12/27/25 18:45 | FRANK BROXSON | Viewed Staff Response | |
|---|---|---|---|
| 12/27/25 18:40 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 11:50 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 11:06 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 00:46 | Robert McBride | Staff Response | You have made this same claim previously and had been informed that none of your accusations took place. |
| 12/27/25 00:46 | Robert McBride | Changed Status | From 'Open' to 'Closed' |
| 12/27/25 00:45 | Robert McBride | Changed Disposition | Changed the disposition value for level 1 from to Unfounded |
| 12/26/25 10:02 | FRANK BROXSON | Viewed Staff Response | |
| 12/25/25 12:45 | FRANK BROXSON | Viewed Staff Response | |
| 12/25/25 09:33 | FRANK BROXSON | Viewed Staff Response | |
| 12/24/25 21:48 | FRANK BROXSON | Submitted New | Grievance. |

**Grievance #637327451**

Profile Photo:

**Inmate Info**

Name: FRANK BROXSON (1993-09-26)
Booking #: 2025008525
Submitted Date: 12/21/25 08:45
Submitted Room: CJ - G1/E/CJ - G1/E
Current Room: CJ - I/R/CJ - I/R

Released

Facility: Manatee County Jail
MAC ID: B82D28247742

Audit Photo:

Device ID: B82D28247742

**Form Info**

Category: Medical Grievance
Form: Medical Grievance

**Grievance Info**

Status: CLOSED by Courtney Dagou
Facility Deadline: 12/30/25 23:59
Grievance Level: 1
Inmate can reply: No
Disposition @ Level 1: Unfounded

Summary:

Moot

Details:

Please type in your Grievance / Por favor escriba su queja:
Describe your Grievance and please be specific. / Describa su queja y por favor sea específico.
Can bad dreams originate from PTSD; including dreams unrelated to my traumatic experience we previously discussed? I had a very vivid nightmare last night. I'm also experiencing symptoms of insomnia, reliving the incident, body shaking and stomach pains. I fear going back to a medical cell because that is where I was attacked by a guard. I would also like to request information about counseling for when I am released.

My submission of this form is my signature / Mi envio de este formulario es mi firma:
YES / SÍ

By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.:
By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/26/26 18:52 | FRANK BROXSON | Viewed Staff Response | |
| 02/06/26 13:50 | FRANK BROXSON | Viewed Staff Response | |
| 01/01/26 09:33 | FRANK BROXSON | Viewed Staff Response | |
| 12/31/25 09:59 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 18:21 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 11:51 | FRANK BROXSON | Viewed Staff Response | |
| 12/24/25 21:34 | FRANK BROXSON | Viewed Staff Response | |
| 12/24/25 21:32 | FRANK BROXSON | Viewed Staff Response | |
| 12/24/25 10:18 | FRANK BROXSON | Viewed Staff Response | |
| 12/24/25 10:16 | FRANK BROXSON | Viewed Staff Response | |
| 12/23/25 11:33 | FRANK BROXSON | Viewed Staff Response | |
| 12/22/25 11:47 | Courtney Dagou | Staff Response | This is not a grievance you have to be seen by MH. Please put in a sick call. If s/s worsen alert medial. Thank you! |
| 12/22/25 11:47 | Courtney Dagou | Changed Status | From 'Open' to 'Closed' |
| 12/22/25 11:47 | Courtney Dagou | Changed Disposition | Changed the disposition value for level 1 from to Unfounded |
| 12/21/25 12:34 | FRANK BROXSON | Viewed Staff Response | |
| 12/21/25 08:45 | FRANK BROXSON | Submitted New | Moot |

**Grievance #620417851**

| | |
|---|---|
| **Profile Photo:** | |
| | **Inmate Info** |
| | Name: FRANK BROXSON (1993-09-26) |
| | Booking #: 2025008525 |
| | Submitted Date: 11/02/25 13:08 |
| | Submitted Room: CJ - G1/E/CJ - G1/E |
| | Current Room: CJ - I/R/CJ - I/R |
| **Released** | |
| | Facility: Manatee County Jail |
| | MAC ID: B82D2823E9CA |
| **Audit Photo:** | |
| | Device ID: B82D2823E9CA |

**Form Info**

Category: Housing & Security Grievance All...
Form: Housing & Security Grievance All Units

**Grievance Info**

Status: CLOSED by Matthew Gardieff
Facility Deadline: 11/14/25 23:59
Grievance Level: 2
Inmate can reply: No
Disposition @ Level 1: Undecided

**Summary:**

Sexual and Physical Abuse

**Details:**

Please type in your Grievance / Por favor escriba su queja:
Describe your Grievance and please be specific. / Describa su queja y por favor sea específico.
Deputy Mateo Squirted mustard in my ass. I also still have numbness and scaring in my hands from his handcuffs being too tight; after asking him if he could loosen them. I was left alone handcuffed hands and feet overhearing a group of guards laughing saying I was forgotten about. I have no idea if I was raped or not as the mustard could have had GHB within it. While I was handcuffed foot and hands shackled Mateo threw me to the ground causin the left side of my head to hit the concrete bedding area; since then I have been hearing weird fluid noises inside my head while trying to rest; he stretched my cuffed arms from the back stating let's see how far back those muscles/arms can go. I was 100% cooperative and gave no reason to use force.

My submission of this form is my signature / Mi envío de este formulario es mi firma:
YES / SÍ

By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.:
By submitting this form, you agree that the information contained is true and accurate. / Al enviar este formulario, usted acepta que la información contenida es verdadera y precisa.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/18/26 12:12 | FRANK BROXSON | Viewed Staff Response | |
| 02/19/26 13:15 | FRANK BROXSON | Viewed Staff Response | |
| 02/15/26 08:54 | FRANK BROXSON | Viewed Staff Response | |
| 02/06/26 13:51 | FRANK BROXSON | Viewed Staff Response | |
| 12/31/25 10:13 | FRANK BROXSON | Viewed Staff Response | |
| 12/31/25 09:48 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 21:14 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 21:10 | FRANK BROXSON | Viewed Staff Response | |
| 12/27/25 11:51 | FRANK BROXSON | Viewed Staff Response | |
| 12/12/25 14:53 | FRANK BROXSON | Viewed Staff Response | |
| 12/12/25 14:52 | FRANK BROXSON | Viewed Staff Response | |
| 12/12/25 13:56 | FRANK BROXSON | Viewed Staff Response | |
| 11/22/25 16:59 | FRANK BROXSON | Viewed Staff Response | |
| 11/22/25 16:58 | FRANK BROXSON | Viewed Staff Response | |
| 11/22/25 16:51 | FRANK BROXSON | Viewed Staff Response | |

| 11/18/25 14:35 | Matthew Gardieff | Changed Disposition | Changed Disposition for level 2 with value '' to 'Unfounded' |
|---|---|---|---|
| 11/18/25 14:35 | Matthew Gardieff | Unknown log | Added Level2 for Previous for Dispositions with value 'Unfounded' |
| 11/18/25 14:35 | Matthew Gardieff | Unknown log | Added Level2 Name for Previous for Dispositions with value '2' |
| 11/18/25 14:35 | Matthew Gardieff | Changed Status | From 'Open' to 'Closed' |
| 11/15/25 01:35 | Robert McBride | Staff Response | Per our conversation last night, I have looked into this and can find nothing to confirm your accusations. |
| 11/13/25 00:00 | | Changed Level | From 1 to 2 due to automatic escalation |
| 11/03/25 11:27 | Tiffany Sapp | Recategorization | Changed Category and Form from 'Medical Grievance/Medical Grievance' to 'Housing & Security Grievance All Units/Housing & Security Grievance All Units' |

| 11/02/25 13:08 | FRANK BROXSON | Submitted New | Sexual and Physical Abuse |
|---|---|---|---|